Robert A. Rabbat (NV State Bar No. 12633)
**ENENSTEIN PHAM & GLASS, LLP**
11920 Southern Highlands Parkway, Suite 103
Las Vegas, Nevada 89141
Telephone: (702) 468-0808
Email: rrabbat@enensteinlaw.com

Brian T. Hafter (CA State Bar No. 173151)
(*pro hac vice* application pending)
**RIMON P.C.**
One Embarcadero Center #400
San Francisco, CA 94111
Telephone: (415) 810-8403
Email: brian.hafter@rimonlaw.com

Attorneys for Defendants
CASE MANDEL, TRINIDAD CONSULTING, LLC
and TRINIDAD MANAGEMENT, LLC f/d/b/a
CANNADIPS, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SOLACE ENTERPRISES, LLLP, d/b/a ÆTHER GARDENS, a Nevada limited liability limited partnership,<br><br>Plaintiff,<br><br>vs.<br><br>CASE MANDEL, an individual, TRINIDAD CONSULTING, LLC, a California limited liability company, and TRINIDAD MANAGEMENT, LLC f/d/b/a CANNADIPS, LLC, a California limited liability company,<br><br>Defendants. | Case No.: 2:20-cv-00455<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS CASE MANDEL, TRINIDAD CONSULTING, LLC, AND TRINIDAD MANAGEMENT, LLC F/D/B/A CANNADIPS, LLC TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT** |

1

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS CASE MANDEL,
TRINIDAD CONSULTING, LLC, AND TRINIDAD MANAGEMENT, LLC F/D/B/A CANNADIPS, LLC TO FILE
RESPONSE TO COMPLAINT
*Solace Enterprises, LLLP v. Case Mandel, et al.*
Case No. 2:20-cv-00455

Plaintiff SOLACE ENTERPRISES, LLLP, d/b/a ÆTHER GARDENS ("Plaintiff") and Defendants CASE MANDEL, TRINIDAD CONSULTING, LLC, and TRINIDAD MANAGEMENT, LLC f/d/b/a CANNADIPS, LLC ("Defendants") by and through their respective counsel of record, hereby stipulate and agree, with the Court's approval, as follows:

## RECITALS

WHEREAS, Plaintiff filed a complaint ("Complaint") in this action initiating Case No. 2:20-cv-00455 on March 4, 2020 (*See* ECF No. 1.);

WHEREAS, Plaintiff accepted service of the Complaint on March 4, 2020;

WHEREAS, Defendants' deadline to answer or otherwise respond to Plaintiff's Complaint is currently March 25, 2020;

WHEREAS, Plaintiff agrees to an extension until April 3, 2020 for Defendants to respond to the Complaint due to ongoing settlement discussions;

WHEREAS, the Defendants have not previously sought any extensions of time to respond to the Complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their counsel, as follows:

- Defendants shall file their response to the Complaint by or on April 3, 2020.

**SO STIPULATED.**

DATED: March 13, 2020        **ENENSTEIN PHAM & GLASS, LLP**

By: _/s/ Robert A. Rabbat_
Robert A. Rabbat (NV State Bar No. 12633)

*Attorneys for Defendants*
CASE MANDEL, TRINIDAD CONSULTING, LLC, and TRINIDAD MANAGEMENT, LLC f/d/b/a CANNADIPS, LLC

| | | |
|---|---|---|
| 1 | DATED: March 13, 2020 | **RIMON P.C.** |
| 2 | | |
| 3 | | By: ___/s/ Brian T. Hafter___ |
| 4 | | Brian T. Hafter (CA State Bar No. 173151) (*pro hac vice* application pending*)* |
| 5 | | *Attorneys for Defendants* |
| 6 | | CASE MANDEL, TRINIDAD CONSULTING, LLC, and TRINIDAD MANAGEMENT, LLC |
| 7 | | f/d/b/a CANNADIPS, LLC |
| 8 | | |
| 9 | DATED: March 13, 2020 | **GREENSPOON MARDER LLP** |
| 10 | | |
| 11 | | By: ___/s/ Phillip A. Silvestri___ Phillip A. Silvestri (NV State Bar No. 11276) |
| 12 | | |
| 13 | | *Attorneys for Plaintiff* SOLACE ENTERPRISES, LLLP, d/b/a ÆTHER GARDENS |

3

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS CASE MANDEL, TRINIDAD CONSULTING, LLC, AND TRINIDAD MANAGEMENT, LLC F/D/B/A CANNADIPS, LLC TO FILE RESPONSE TO COMPLAINT
*Solace Enterprises, LLLP v. Case Mandel, et al.*
Case No. 2:20-cv-00455

| | |
|---|---|
| DATED: March 13, 2020 | **PERLMAN, BAJANDAS, YEVOLI & ALBRIGHT, PL** |
| | By: _/s/ Paul D. Turner_<br>Paul D. Turner (Florida Bar No. 121690)<br>(*pro hac vice* application to be submitted) |
| | *Attorneys for Plaintiff*<br>SOLACE ENTERPRISES, LLLP, d/b/a<br>ÆTHER GARDENS |

**IT IS SO ORDERED**:

_[signature]_
UNITED STATES MAGISTRATE JUDGE

DATED: 3-18-2020