Robert A. Rabbat (NV State Bar No. 12633)
**ENENSTEIN PHAM & GLASS, LLP**
11920 Southern Highlands Parkway, Suite 103
Las Vegas, Nevada 89141
Telephone: (702) 468-0808
Email: rrabbat@enensteinlaw.com

Brian T. Hafter (CA State Bar No. 173151)
(admitted *pro hac vice*)
**RIMON P.C.**
One Embarcadero Center #400
San Francisco, CA 94111
Telephone: (415) 810-8403
Email: brian.hafter@rimonlaw.com

Attorneys for Defendants
CASE MANDEL, TRINIDAD CONSULTING, LLC
and TRINIDAD MANAGEMENT, LLC f/d/b/a
CANNADIPS, LLC

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| SOLACE ENTERPRISES, LLLP, d/b/a ÆTHER GARDENS, a Nevada limited liability limited partnership,<br><br>Plaintiff,<br><br>vs.<br><br>CASE MANDEL, an individual, TRINIDAD CONSULTING, LLC, a California limited liability company, and TRINIDAD MANAGEMENT, LLC f/d/b/a CANNADIPS, LLC, a California limited liability company,<br><br>Defendants. | Case No.: 2:20-cv-00455-JAD-VCF<br><br>STIPULATION AND ORDER RE BRIEFING ON DEFENDANTS' MOTION TO DISMISS OR STAY THE CASE PENDING MEDIATION |

STIPULATION AND [PROPOSED] ORDER RE BRIEFING ON DEFENDANTS' MOTION TO DISMISS OR STAY THE CASE PENDING MEDIATION
*Solace Enterprises, LLLP v. Case Mandel, et al.*
Case No. 2:20-cv-00455

Plaintiff SOLACE ENTERPRISES, LLLP, d/b/a ÆTHER GARDENS ("Plaintiff") and

Defendants CASE MANDEL, TRINIDAD CONSULTING, LLC, and TRINIDAD

MANAGEMENT, LLC f/d/b/a CANNADIPS, LLC ("Defendants"), by and through their respective

counsel of record, hereby stipulate and agree, with the Court's approval, as follows:

1. In response to Plaintiff's Complaint, Defendants filed a motion to dismiss or stay the case pending mediation.

2. Due to the difficulties related to the Covid-19 pandemic, the parties agree to the following extension of briefing dates for this motion:

A. Plaintiff's opposition – due May 15, 2020

B. Defendants' reply – due May 22, 2020

**SO STIPULATED.**

DATED: April 14, 2020

**ENENSTEIN PHAM & GLASS, LLP**

By: _/s/ Robert A. Rabbat_
Robert A. Rabbat (NV State Bar No. 12633)

*Attorneys for Defendants*
CASE MANDEL, TRINIDAD CONSULTING,
LLC, and TRINIDAD MANAGEMENT, LLC
f/d/b/a CANNADIPS, LLC

DATED: April 14, 2020

**RIMON P.C.**

By: _/s/ Brian T. Hafter_
Brian T. Hafter (CA State Bar No. 173151)
(admitted *pro hac vice*)

*Attorneys for Defendants*
CASE MANDEL, TRINIDAD CONSULTING,
LLC, and TRINIDAD MANAGEMENT, LLC
f/d/b/a CANNADIPS, LLC

**IT IS SO ORDERED.**

_____
United States District Judge
Dated: April 14, 2020.

STIPULATION AND [PROPOSED] ORDER RE BRIEFING ON DEFENDANTS' MOTION TO DISMISS OR STAY
THE CASE PENDING MEDIATION
*Solace Enterprises, LLLP v. Case Mandel, et al.*
Case No. 2:20-cv-00455

DATED: April 14, 2020            **GREENSPOON MARDER LLP**


By: ___/s/ Phillip A. Silvestri_____
Phillip A. Silvestri (NV State Bar No. 11276)

*Attorneys for Plaintiff*
SOLACE ENTERPRISES, LLLP, d/b/a
ÆTHER GARDENS

**SO ORDERED.**

DATED: April __, 2020

_____
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER RE BRIEFING ON DEFENDANTS' MOTION TO DISMISS OR STAY
THE CASE PENDING MEDIATION
*Solace Enterprises, LLLP v. Case Mandel, et al.*
Case No. 2:20-cv-00455