Robert A. Rabbat (NV State Bar No. 12633)
**ENENSTEIN PHAM & GLASS, LLP**
11920 Southern Highlands Parkway, Suite 103
Las Vegas, Nevada 89141
Telephone: (702) 468-0808
Email: rrabbat@enensteinlaw.com

Brian T. Hafter (CA State Bar No. 173151)
(admitted *pro hac vice*)
**RIMON P.C.**
One Embarcadero Center #400
San Francisco, CA  94111
Telephone: (415) 810-8403
Email: brian.hafter@rimonlaw.com

Attorneys for Defendants
CASE MANDEL, TRINIDAD CONSULTING, LLC
and TRINIDAD MANAGEMENT, LLC f/d/b/a
CANNADIPS, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SOLACE ENTERPRISES, LLLP, d/b/a ÆTHER GARDENS, a Nevada limited liability limited partnership,<br><br>Plaintiff,<br><br>vs.<br><br>CASE MANDEL, an individual, TRINIDAD CONSULTING, LLC, a California limited liability company, and TRINIDAD MANAGEMENT, LLC f/d/b/a CANNADIPS, LLC, a California limited liability company,<br><br>Defendants. | Case No.:  2:20-cv-00455-JAD-VCF<br><br>STIPULATION AND<br>ORDER TO STAY THE CASE PENDING MEDIATION<br><br>**ECF Nos. 15, 23** |

Plaintiff SOLACE ENTERPRISES, LLLP, d/b/a ÆTHER GARDENS ("Plaintiff") and Defendants CASE MANDEL, TRINIDAD CONSULTING, LLC, and TRINIDAD MANAGEMENT, LLC f/d/b/a CANNADIPS, LLC ("Defendants"), by and through their respective counsel of record, hereby stipulate and agree, with the Court's approval, as follows:

1. In response to Plaintiff's Complaint, Defendants filed a motion to dismiss or stay the case pending mediation. The parties thereafter entered into a Stipulation – which the Court approved – agreeing to the following briefing schedule for the motion:

    A. Plaintiff's opposition – due May 15, 2020

    B. Defendants' reply – due May 22, 2020

2. Without waiving any rights, the parties have since agreed to participate in mediation on June 18, 2020, before the Honorable David Wall (Ret.), of JAMS, in Las Vegas, Nevada.

3. The parties agree that this case should be stayed pending mediation.

4. If the mediation does not successfully resolve the case, the parties agree to work with one another promptly to re-establish deadlines for this case and seek the Court's approval at that time.

**SO STIPULATED.**

DATED: May 15, 2020

**ENENSTEIN PHAM & GLASS, LLP**

By: /s/ _____
Robert A. Rabbat (NV State Bar No. 12633)

*Attorneys for Defendants*
CASE MANDEL, TRINIDAD CONSULTING, LLC, and TRINIDAD MANAGEMENT, LLC f/d/b/a CANNADIPS, LLC

2

STIPULATION AND [PROPOSED] ORDER TO STAY THE CASE PENDING MEDIATION
*Solace Enterprises, LLLP v. Case Mandel, et al.*
Case No. 2:20-cv-00455

DATED:  May 15, 2020            **RIMON P.C.**

By: /s/
Brian T. Hafter (CA State Bar No. 173151)
(admitted *pro hac vice*)

*Attorneys for Defendants*
CASE MANDEL, TRINIDAD CONSULTING, LLC, and TRINIDAD MANAGEMENT, LLC f/d/b/a CANNADIPS, LLC

DATED: May 15, 2020            **GREENSPOON MARDER LLP**

By: /s/
Phillip A. Silvestri (NV State Bar No. 11276)

*Attorneys for Plaintiff*
SOLACE ENTERPRISES, LLLP, d/b/a ÆTHER GARDENS

## ORDER

Based on the parties' stipulation [ECF No. 23] and good cause appearing, IT IS HEREBY ORDERED that this action is STAYED pending mediation. If the mediation does not result in resolution of this action, any party may move to lift this stay. The parties must file a joint status report 10 days after the mediation to advise the court of its outcome; any request for relief must be sought by separate motion.

_____
U.S. District Judge   5-18-2020