Phillip A. Silvestri, Esq.
Nevada Bar No. 11276
Greenspoon Marder LLP
3993 Howard Hughes Pkwy., Ste. 400
Las Vegas, Nevada 89169
Tel: (702) 978-4249
Fax: (954) 333-4256
phillip.silvestri@gmlaw.com

Paul D. Turner, Esq. (Florida Bar No. 121690)
*Pro Hac Vice Application Pending*
Benjamin L. Reiss, Esq. (Florida Bar No. 121690)
*Pro Hac Vice Application Pending*
Nima Tahmassebi, Esq. (Florida Bar No. 121690)
*Pro Hac Vice Application Pending*
PERLMAN, BAJANDAS, YEVOLI & ALBRIGHT, PL
200 South Andrews Avenue, Suite 600
Fort Lauderdale, Florida 33301
T: 954-566-7117 / F: 954-566-7115
pturner@pbyalaw.com
breiss@pbyalaw.com
ntahmassebi@pbyalaw.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SOLACE ENTERPRISES, LLLP, d/b/a ÆTHER GARDENS, a Nevada limited liability limited partnership,<br><br>Plaintiff,<br><br>vs.<br><br>CASE MANDEL, an individual, TRINIDAD CONSULTING, LLC, a California limited liability company, and TRINIDAD MANAGEMENT, LLC f/d/b/a CANNADIPS, LLC, a California limited liability company,<br><br>Defendants. | Case No. 2:20-cv-00455-JAD-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE**<br><br>ECF Nos. 15, 27 |

Plaintiff Solace Enterprises ("Enterprises") and Defendants Case Mandel ("Mandel"), Trinidad Consulting, LLC ("Consulting"), and Trinidad Management LLC ("Management") (collectively, Mandel, Trinidad, and Management are referred to hereinafter as, "Cannadips") (collectively, Enterprises and Cannadips are the "Parties") hereby stipulate as follows:

1. The Parties have entered into a *Settlement Agreement* dated July 31, 2020. While the Settlement Agreement and its terms are confidential, the Parties hereafter may file the *Settlement Agreement* with the Court only for purposes of enforcing the Settlement Agreement and obtaining entry of a *Consent Final Judgment*, if necessary.

2. The Parties agree that this lawsuit shall be dismissed without prejudice, subject to the parties' full compliance with the terms of the Settlement Agreement.

3. The Parties agree that this Court shall retain personal and subject matter jurisdiction over the Parties, the *Settlement Agreement* and this lawsuit, for purposes of enforcing the *Settlement Agreement*.

Dated this 3rd Day of August, 2020.

| GREENSPOON MARDER LLP | RIMON LAW |
|---|---|
| */s/ Phillip A. Silvestri, Esq.* | */s/ Brian Hafter* |
| Phillip A. Silvestri, Esq. | Brian T. Hafter, Esq. (CBN 173151) |
| Nevada Bar No. 11276 | *Pro Hac Vice* |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

## ORDER

Based on the parties' stipulation **[ECF No. 27]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED without prejudice, each side to bear its own fees and costs. All pending motions **[ECF No. 15]** are DENIED as moot. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: August 4, 2020